UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

CHARLES E. SANDERS, JR.      CASE NO. 25-10487
3344 BRODBECK PLACE     (CHAPTER 13)
CINCINNATI, OH 45211     JUDGE BETH A. BUCHANAN

    Debtor

---

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO FILE DOCUMENTS AND NOTICE OF HEARING

---

Now comes Margaret A. Burks, Standing Chapter 13 Trustee, and requests that the Court dismiss this case for FAILURE to file documents requested by the Trustee. 11 U.S.C Section 1307(c)(1).

### MEMORANDUM

Debtor filed his Petition on March 6, 2025. Shortly thereafter, the Trustee moved to dismiss as debtor did not have, or purport to have, insurance on his vehicle.

That Motion to Dismiss was withdrawn. Debtor has, however, failed to prosecute his case towards confirmation. The Trustee refers to and incorporates the Amended Objection to Confirmation (Doc. 42) which sets for numerous issues which are not addressed and which are holding up confirmation.

Most critical (but not exclusive) include failure to confirm whether Debtor has insurance on his real property which would cover a loss to the bankruptcy estate, or protect the bankruptcy estate from incidents related to the property.

The Trustee requests that she be permitted to disburse funds in her possession pursuant to the confirmed plan, minus administrative costs, or if pre confirmation, that Trustee shall disburse funds in her possession to Debtor minus administrative costs. Any funds received after the entry of the Order of Dismissal shall be returned to Debtor.

The Trustee respectfully requests that the motion be granted.

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377
600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
fdicesare@cinn13.org
tstickley@cinn13.org
mburks@cinn13.org - Correspondence only

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing Motion to Dismiss was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

   by **first class mail** on July 11, 2025 addressed to:

Debtor(s):
CHARLES E. SANDERS, JR.
3344 BRODBECK PLACE
CINCINNATI, OH 45211


                                                   /s/   Margaret A. Burks, Esq.
                                                        Margaret A. Burks, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

   CHARLES E. SANDERS, JR.                                CASE NO. 25-10487
   3344 BRODBECK PLACE                                     (CHAPTER 13)
   CINCINNATI, OH 45211                                     JUDGE BETH A. BUCHANAN

       Debtor

---

### NOTICE OF MOTION TO DISMISS AND HEARING

   The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the Court to dismiss your case.

   **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

   If you do not want the Court to grant the relief sought in this motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion, you or your attorney must:

      File with the Court a response explaining your position by mailing your response by regular U.S. Mail to the address below OR your attorney must file a response using the court's ECF system.  The Court must receive your response on or before the above date.

      U.S. BANKRUPTCY COURT
      ATRIUM II, SUITE 800
      221 EAST 4TH STREET
      CINCINNATI, OH 45202

   You must also mail a copy to:

| | |
|---|---|
| MARGARET A BURKS, TRUSTEE | OFFICE OF THE U.S. TRUSTEE |
| CHAPTER 13 TRUSTEE | J.W. PECK FEDERAL BULIDING |
| 600 VINE, SUITE 2200 | 550 MAIN ST., ROOM 4-812 |
| CINCINNATI, OH 45202 | CINCINNATI, OH 45202 |

      Debtor's Attorney:
      DAVID KRUER & COMPANY, LLC
      118 WEST FIFTH STREET
      SUITE E
      COVINGTON, KY  41011

      Debtor(s):
      CHARLES E. SANDERS, JR.
      3344 BRODBECK PLACE
      CINCINNATI, OH 45211

The Court will send you a separate notice if it sets a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

**If a response is filed within the time provided above**, then a hearing will be held on **August 07, 2025 at 2:00 pm at U.S. Bankruptcy Court , Room 814, Courtroom 1, Atrium II, 221 East Fourth Street, Cincinnati, OH 45202. If no response is filed within the time provided, then no hearing will be held and the Court may enter an order dismissing this case.**

Date: July 11, 2025

/s/    Margaret A. Burks, Esq.
         Margaret A. Burks, Esq.