**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: September 17, 2025**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In Re )<br><br>)<br>**CHARLES E. SANDERS, JR.** )<br>)<br>)<br>)<br>**Debtor(s)** )<br>_____ ) | **Case No. 25-10487**<br>**Chapter 13**<br>**Judge Buchanan** |

## ORDER ADJOURNING HEARING ON MOTION TO DISMISS
### [Docket Number 43]

This case came before this Court on September 11, 2025, regarding Trustee's *Motion to Dismiss for Failure to File Documents* [Docket Number 43], and Debtor's *Response* [Docket Number 44].

For the reasons stated on the record at the prior proceeding, this matter is adjourned for a hearing to be held on **October 2, 2025, at 2:00 p.m.** before the Honorable Beth A. Buchanan, United States Bankruptcy Judge at the United States Bankruptcy Court, Atrium Two, Suite 814, 221 East Fourth Street, Cincinnati, Ohio, 45202.

As an alternative to attendance in-person, parties and their attorneys may choose to attend the hearing telephonically. Please refer to the instructions for telephonic attendance of the hearing, including a call-in number and access code (free of cost), in Judge Buchanan's *General Practices and Procedures—Telephonic Appearances at Status Conferences, Hearings, and Other Proceedings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the

Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab. If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

Please note that no witness testimony or statements by an individual who is not an attorney will be permitted at the hearing. If witness testimony will be necessary, the parties shall contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, so that the hearing may be rescheduled.

Unless a filing deadline was established by prior order, any party intending to present documentary evidence at the hearing or otherwise seeking to supplement any filings in support of such party's position shall, **not later than three (3) business days prior to the hearing**, file with the Clerk and serve upon all opposing parties and any trustee (i) any memoranda in support of such party's position and (ii) exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016−1, Attachment B, together with copies of the identified exhibits. All exhibits shall be PRE-MARKED or bookmarked as follows: Debtor Exhibit 1, 2, etc. Creditor Exhibit A, B, etc. Joint Exhibit AA, BB, etc. Parties shall confer to avoid duplication of exhibits. Attorneys are required to make a good faith attempt to stipulate to the admission of documents (subject to other evidentiary objections) where the authenticity of such documents is not in dispute. Failure to file exhibits by the deadline above may result in exhibits not being admitted at the hearing.

**Should any party fail to attend the hearing or comply with the provisions set forth above, this Court may take such action as provided by law, including granting or denying the requested relief, or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List